AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

**FILED**
**11:06 am Apr 22 2026**
**Clerk U.S. District Court**
**Northern District of Ohio**
**Toledo**

United States of America
v.

Rory Figley

*Defendant(s)*

Case No. 3:26mj5186

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 8/1/2025 - 4/21/2026 in the county of Fulton in the Northern District of Ohio, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 922(g)(3) | Possession of a Firearm by a person addicted to or unlawfully using a controlled substance |
| 21 USC 841(a)(1) and (b)(1)(B) | Distribtion of or possession of a controlled substance with the intend to distribute |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Esther J. Heilman

Esther Heilman, ATF SA
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: 04/22/2026

*Judge's signature*

City and state: Toledo, Ohio

Darrell A. Clay, United States Magistrate Judge
*Printed name and title*