IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN THE MATTER OF COMPLAINT AND :
ARREST WARRANT FOR                  :                    Case No. 3:26mj5186
RORY FIGLEY:

**AFFIDAVIT IN SUPPORT OF**
**CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Esther Heilman, Special Agent (SA) for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, hereby depose and state as follows:

1. I, make this affidavit in support of an application for an arrest warrant for RORY FIGLEY in the crime of Title 18, U.S.C. § 922(g)(3), a person who is an unlawful user or addicted to any controlled substance to actually or constructively possess a firearm in or otherwise affecting interstate or foreign commerce. Additionally in support of an application for an arrest warrant in the crime of Title 21, U.S.C. § 841(a)(1), a person who knowingly or intentionally manufactures, distributes, or possesses with intent to manufacture, distribute, or dispense, a controlled substance.

2. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives since December 2023.

3. The facts in this affidavit come from my personal observations, training, experience, and information obtained from ATF Special Agents, Task Force Officers, Police Officers, Detectives and witnesses. This affidavit is intended to show there is sufficient probable cause for the requested warrant and does not set forth all the information developed from the investigation.

4. Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that FIGLEY violated Title 18 U.S.C. § 922(g)(3) and Title 21, U.S.C. § 841(a)(1) and (b)(1)(B).

5. In the morning of April 21st, 2026, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agents and law enforcement partners executed a federal search warrant at FIGLEY's residence on N Adrian St. Lyons, Ohio. Based on surveillance FIGLEY is the primary owner and sole resident of the home and property.

6. During this search, ATF Special Agents removed FIGLEY from the residence and placed him under arrest for an outstanding domestic violence and strangulation warrant. Consistent with surveillance, no one else was in the residence.

7.  ATF Special Agents recovered firearms, drug paraphernalia used for ingesting methamphetamine, and apparent methamphetamine, marijuana, prescription medication not apparently prescribed to FIGLEY, and psilocybin mushrooms.

8.  ATF Special Agents found shards and powder of suspected Methamphetamine. The shards of suspected Methamphetamine were found in a glass jar and are consistent with crystal methamphetamine. The white powder suspected Methamphetamine was found on a measuring beaker and distributed among multiple small plastic bags.

9.  Ohio State Fire Marshal Chemist Chad Wissinger conducted a field test with a PENDAR chemical analysis device of the Methamphetamine. The substances field tested positive as Methamphetamine.

10. The total weight of the methamphetamine was over six (6) ounces of Methamphetamine. The suspected marijuana weighed over 14 pounds. The suspected psilocybin mushrooms weighed 26 grams, and the prescription medication weighed 64 grams.

11. Methamphetamine, marijuana, and psilocybin mushrooms are controlled substances. It is unclear what the prescription medication is at this time, however, the names of the people prescribed the medication were either blacked out or cut out.

12. In addition to the methamphetamine, ATF seized approximately 30 glass pipes. Based on your affiant's training and experience, these glass pipes appear to be used to consume Methamphetamine.

13. Portions of the Methamphetamine were found in multiple small baggies consistent with distribution.

14. ATF also seized a signal jammer that could be used to interfere with radio, cellular, GPS and/or Wi-Fi communications.

15. ATF seized approximately 20 firearms. Firearms and Ammunition Seized:

    a.  SMITH & WESSON; Model: BODYGUARD; Caliber: 380; Type: PISTOL; S/N: EAN2723 and assorted ammunition.
    b.  RUGER; Model: P95; Caliber: 9; Type: PISTOL; S/N: 420-8008 and assorted ammunition.
    c.  Model: OBLITERATED; Caliber: OBLITERATED; Type: PISTOL; S/N: OBLITERATED and assorted ammunition.
    d.  RUGER; Model: P90; Caliber: 45; Type: PISTOL; S/N: 663-88620 and assorted ammunition.
    e.  Trocaola Aranzabal; Model: 850; Caliber: UNKNOWN; Type: REVOLVER; S/N: 147311

    f.   RUGER; Model: LC380; Caliber: 380; Type: PISTOL; S/N: 326-62037 and assorted ammunition.

    g.   GLOCK GMBH; Model: 19; Caliber: 9; Type: PISTOL; S/N: WCL383

    h.   TAURUS; Model: RAGING BULL; Caliber: 44; Type: REVOLVER; S/N: BR616388

    i.   NEW ENGLAND FIREARMS; Model: HANDI RIFLE; Caliber: 22; Type: RIFLE; S/N: NU362044

    j.   Nopkins & Aller Arms; Model: XL Double Action; Caliber: 22; Type: REVOLVER; S/N: 4534

    k.   NEW ENGLAND FIREARMS; Model: PARDNER; Caliber: 20; Type: SHOTGUN; S/N: NE211232

    l.   HIPOINT; Model: C9; Caliber: 9; Type: PISTOL; S/N: P1204760

    m.   GOLDEN STATE ARMS CORP; Model: 1941 SUPREME; Caliber: 303; Type: RIFLE; S/N: 45302

    n.   MOSSBERG Model: 500A; Caliber: 12; Type: SHOTGUN; S/N: R304156

    o.   RUGER; Model: SR9; Caliber: 9; Type: PISTOL; S/N: 331-22096

    p.   RUGER; Model: SR9; Caliber: 9; Type: PISTOL; S/N: 335-12476

    q.   MASTERPIECE ARMS; Model: MPA DEFENDER; Caliber: 9; Type: PISTOL; S/N: FX22262

    r.   Manufacturer: DPMS INC. (DEFENSE PROCUREMENT MFG. SERVICES); Model: A15; Caliber: MULTI; Type: RIFLE; S/N: N0008735

    s.   MASTERPIECE ARMS; Model: Unknown Type; Caliber: 9; Type: PISTOL; S/N: B16662

16. One additional firearm was located: a HIPOINT; Model: 995; Caliber: 9; RIFLE; S/N: E46816. This firearm is a suspected short barreled rife of which possession would be a violation of Title 26 of the United States Code.

17. In March 2026, your affiant interviewed a source of information (SOI-1). SOI-1 is known to your affiant. SOI-1 has provided information that has been verified by your affiant to the extent possible and has never been found to be untruthful. SOI-1 is familiar with FIGLEY and witnessed him consume/smoke Methamphetamine on an almost daily basis from June 2024 through August 2025 when SOI-1 ceased contact with FIGLEY. SOI-1 also described that FIGLEY regularly carries a firearm and does so in his back pocket.

18. During the search of the premises a pair of pants was found with a set of car keys. Based on surveillance, your affiant knows that FIGLEY left his home in his vehicle on April 20 and returned April 21 between 0230 and 0300, approximately three hours prior to the execution of the search warrant. In the back pocket of the pants containing the car keys ATF located a blade and a firearm.

19. Based on your affiant's training and experience, distributors of controlled substances carry firearms on their person or in their homes for protection during exchanges of controlled substances and payment.

20. Based on your affiant's training and experience, the amount of Methamphetamine seized is consistent with distribution and significantly in excess of only user consumption. Additionally, it is apparent, based on the presence of the glass pipes and the information from SOI-1, that FIGLEY was regularly consuming Methamphetamine

21. Based on your affiant's training and experience and a discussion with an ATF radio technology agent, the jammer and the signals it could interfere with could allow FIGLEY to interfere with law enforcement or other communications.

22. Based on this information your affiant believes FIGLEY is prohibited from possessing a firearm due to his unlawful use of controlled substances. Based upon the information above, there is probable cause to believe that FIGLEY, who is an unlawful user or addicted to controlled substances, was in possession of one or more firearms that were manufactured outside of the state of Ohio. There is also probable cause to believe that FIGLEY is knowingly or intentionally distributing or possessing with intent to distribute a controlled substance in violation of Title 21, U.S.C. § 841(a)(1) and (b)(1)(B). By this affidavit and application, your affiant is requesting the court issue an arrest warrant for FIGLEY.

_____

Esther Heilman
ATF Special Agent

Sworn to and subscribed to me by phone after submission by reliable electronic means this 22nd day of April, 2026.

_____

Darrell A. Clay
United States Magistrate Judge