IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:26CR217 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | DARRELL A. CLAY |
| | ) | |
| v. | ) | |
| | ) | |
| RORY FIGLEY, | ) | |
| | ) | <u>PETITION FOR WRIT OF HABEAS</u> |
| Defendant. | ) | <u>CORPUS AD PROSEQUENDUM</u> |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, WESTERN DIVISION:

The petitioner, Matthew D. Simko, Assistant United States Attorney for the Northern District of Ohio, respectfully submits to the Court that Rory Figley is now confined in the 129 Courthouse Plaza, Wauseon, OH 43567, and is in the custody of the Sheriff for said Institution.

Your petitioner further shows to the Court that the defendant has been charged in this District with a violation of Title 21, United States Code, Sections 841(a)(1, (b)(1)(B), 922(g)(3) and 924(a)(8) and pursuant to said charge is to appear for Hearing on Tuesday, May 12, 2026 at 4:00 PM before the Honorable Magistrate Judge Darrell A. Clay in the United States District Court for the Northern District of Ohio, Western Division.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to the above-named custodian and/or the United States Marshal at Toledo, Ohio or their designee, and/or Federal Bureau of Investigation to produce the defendant before

this Court at the above-specified time and place and for such other and further proceedings as the Court may deem proper as it pertains to the prosecution of said charges; and that immediately after the said defendant completes this and any future court proceedings, he be returned to said custodian under safe and secure conduct.

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By: /s/ MATTHEW D. SIMKO

Matthew D. Simko (OH: 0086787)
Assistant United States Attorney
Four Seagate, Suite 308
Toledo, OH 43604
(419) 259-6376
(419) 259-6360 (facsimile)
Matthew.Simko@usdoj.gov

I, Matthew D. Simko, do declare under penalty of perjury that the foregoing is true and correct.

s/ Matthew D. Simko

Matthew D. Simko
Assistant United States Attorney

Executed on May 7, 2026