IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:26CR217 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | DARRELL A. CLAY |
| | ) | |
| v. | ) | |
| | ) | |
| RORY FIGLEY, | ) | |
| | ) | |
| Defendant. | ) | JOURNAL ENTRY |
| | ) | |

This matter came on to be heard upon the petition of Matthew D. Simko, Assistant United States Attorney for the Northern District of Ohio, for a Writ of Habeas Corpus Ad Prosequendum directed to the Sheriff, 129 Courthouse Plaza, Wauseon, OH 43567, and/or the United States Marshal at Toledo, Ohio or their designee, and/or Federal Bureau of Investigation. The Court, being fully advised in the said matter, finds that the said Rory Figley, is detained in the 129 Courthouse Plaza, Wauseon, OH 43567, under the custody of said Sheriff.

The Court further finds that the said United States desires to proceed to Arraign the defendant on an Indictment charging a violation of Title 21, United States Code, Sections 841(a)(1, (b)(1)(B), 922(g)(3) and 924(a)(8) at Toledo, Ohio, before the Honorable Magistrate Judge Darrell A. Clay on Tuesday, May 12, 2026, at 4:00 PM, and to other court proceedings relating to Indictment as this Court may deem proper.

THEREFORE, upon consideration thereof, IT IS ORDERED, ADJUDGED and

DECREED that the said Writ of Habeas Corpus Ad Prosequendum issue and that the said Writ be delivered to the United States Marshal at Toledo, Ohio, or their designee, and/or Federal Bureau of Investigation.

DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE