AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

United States of America
v.
Rory Figley

*Defendant*

Case No. 3:26 CR 217
JUDGE HELMICK
MAGISTRATE JUDGE CLAY

FILED
MAY 19 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Rory Figley ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) - Possession with Intent to Distribute a Controlled Substance
Count 2: 18 U.S.C. §§ 922(g)(3) and 924(a)(8) - Possession of a Firearm by an Addict or Unlawful User of a Controlled Substance

Date: 5/6/2026

[signature]
*Issuing officer's signature*

City and state: Toledo, Ohio

Kelly Roddy, Courtroom Deputy
*Printed name and title*

**Return**

This warrant was received on *(date)* 5/6/26 , and the person was arrested on *(date)* 5/12/26
at *(city and state)* TOLEDO, OH .

Date: 3/13/26

[signature]
*Arresting officer's signature*

Chad Smith / Deputy U.S. Marshal
*Printed name and title*