**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| United States of America, | Case No. 3:26-cr-00217 |
| Plaintiff, | Hon. Jeffrey J. Helmick |
| vs. | |
| Rory Figley, | |
| Defendants. | |

---

**MOTION TO WITHDRAW**

---

Now comes Ryan R. Parker and respectfully requests that this Court permits him to withdraw as counsel of record for Defendant Rory Figley.

The Defendant has expressed his desire to terminate the undersigned as counsel of record and to retain private counsel.

Respectfully Submitted,

/s/ Ryan R. Parker
RYAN R. PARKER (0078131)
Ryan R. Parker
413 N. Michigan St.

Toledo, OH 43604
(419)789-9498
(419)255-6227

**CERTIFICATION**

This is to certify that on September 2, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system. A copy was also mailed to Rory Figley at CCNO, 03151 County Road 2425, Stryker, OH 43557-9418

/s/ Ryan R. Parker