IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:26CR217 |
| | ) | |
| Plaintiff, | ) | JUDGE JEFFREY J. HELMICK |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RORY FIGLEY, | ) | JOURNAL ENTRY |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter came on to be heard upon the petition of Matthew D. Simko, Assistant United States Attorney for the Northern District of Ohio, for a Writ of Habeas Corpus Ad Prosequendum directed to the Warden, Corrections Center of Northwest Ohio, Stryker, Ohio, and/or the United States Marshal at Toledo, Ohio or their designee, and/or Bureau of Alcohol, Tobacco, Firearms and Explosives. The Court, being fully advised in the said matter, finds that the said Rory Figley, is detained in the Corrections Center of Northwest Ohio, Stryker, Ohio, under the custody of said Warden.

The Court further finds that the said United States desires to proceed to Appearance the defendant on an Indictment charging a violation of Title 21, United States Code, Sections 841a1 at Toledo, Ohio, before the Honorable Judge Jeffrey J. Helmick on Wednesday, October 14, 2026, at 2:00 PM, and to other court proceedings relating to Indictment as this Court may deem proper.

THEREFORE, upon consideration thereof, IT IS ORDERED, ADJUDGED and DECREED that the said Writ of Habeas Corpus Ad Prosequendum issue and that the said Writ be delivered to the United States Marshal at Toledo, Ohio, or their designee, and/or Bureau of Alcohol, Tobacco, Firearms and Explosives.

________________________________________

JUDGE JEFFREY J. HELMICK
UNITED STATES DISTRICT JUDGE